1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8

9 HENRY FROMETA GONZALEZ,

10     *Petitioner*,                   Case No. 2:13-cv-02276-APG-CWH

10 vs.

11                                   **ORDER**

12 JAMES GREG COX, *et al.*,

13     *Respondents*.

14

15     Petitioner has not responded to the Court's show-cause order (Dkt. #2).  The order

16 directed petitioner to show cause in writing why the petition should not be dismissed without

17 prejudice as completely unexhausted.  The order set forth the relevant procedural

18 background, the governing law, and the application of the law to the present action based

19 upon the record presented.  The order informed petitioner that if he did not timely respond to

20 the order, the petition would be dismissed without further advance notice.

21     **IT THEREFORE IS ORDERED** that this action shall be DISMISSED without prejudice

22 for lack of exhaustion.

23     The Clerk of Court shall enter final judgment accordingly, dismissing this action without

24 prejudice.

25     DATED:  February 6, 2014.

26

27                          _____

28                          ANDREW P. GORDON

                             United States District Judge