# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HENRY FROMETA GONZALEZ,

    *Petitioner*,

vs.

JAMES GREG COX, *et al.*,

    *Respondents*.

Case No. 2:13-cv-02276-APG-CWH

**ORDER**

Petitioner has not responded to the Court's show-cause order (Dkt. #2). The order directed petitioner to show cause in writing why the petition should not be dismissed without prejudice as completely unexhausted. The order set forth the relevant procedural background, the governing law, and the application of the law to the present action based upon the record presented. The order informed petitioner that if he did not timely respond to the order, the petition would be dismissed without further advance notice.

**IT THEREFORE IS ORDERED** that this action shall be DISMISSED without prejudice for lack of exhaustion.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: February 6, 2014.

                                                    _____
                                                  ANDREW P. GORDON
                                                  United States District Judge